**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HAKAN DURANTAS on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

DOGTOPIA ENTERPRISES LLC

            Defendant.

Case No: 1:23-cv-05943

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Hicksville, New York
           March 5, 2024

| **Mars Khaimov Law, PLLC** | **Stein & Nieporent LLP** |
|---|---|
| By: */s/ Mars Khaimov* | By: */s/ David Stein* |
| Mars Khaimov, Esq. | David Stein, Esq. |
| 100 Duffy Ave., Suite 510 | 1441 Broadway, Suite 6090 |
| Hicksville, New York 11801 | New York, NY 10018 |
| mars@khaimovlaw.com | dstein@steinllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |